**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00173-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. VALENTINO KIEYOANI,

      Defendant.

---

**MINUTE ORDER**[1]

---

Having conducted a telephonic setting conference with counsel for the defendant and counsel for the government and by agreement of all,

**IT IS ORDERED** as follows:

1. That a sentencing hearing is set for Friday, **February 12, 2010,** at 10:00 a.m., to be held in the courtroom used by the United States District Court for the District of Colorado at 103 Sheppard Dr., Durango, Colorado, at which time and at which place counsel and the defendant shall appear without further notice or order from the court;

2. That, to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant; and

3. That notice of this order shall be served on the U.S. Probation Department and the U.S. Marshal in Durango.

Dated: October 5, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.