**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00173-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VALENTINO KIEYOANI,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court *sua sponte*.  Due to a conflict in its calendar, the court conducted a telephonic setting conference with counsel for the defendant and counsel for the government.  After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1.  That the Sentencing hearing set for February 12, 2010, is **VACATED** and **RESET** to Monday, **March 1, 2010,** at 10:00 a.m., to be held in the U.S. District Court, Durango, Colorado, at which time and at which place counsel and the defendant shall appear without further notice or order from the court;

2.  That, to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant; and

3.  That notice of this order shall be served on the U.S. Probation Department and the U.S. Marshal in Durango.

Dated:  February 3, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.