**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00173-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VALENTINO KIEYOANI,

    Defendant.

---

### MINUTE ORDER[1]

---

On February 4, 2010, the court was contacted by counsel requesting that the Sentencing hearing set for March 1, 2010, be reset to 1:30 p.m. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That the Sentencing hearing set for March 1, 2010, at 10:00 a.m., is **VACATED** and **RESET** to Monday, **March 1, 2010,** at 1:30 p.m., to be held in the U.S. District Court, Durango, Colorado, at which time and at which place counsel and the defendant shall appear without further notice or order from the court;

2. That, to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant; and

3. That notice of this order shall be served on the U.S. Probation Department and the U.S. Marshal in Durango.

    Dated: February 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.